IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CV 316-099 |
| MEADOWS REGIONAL MEDICAL CENTER, INC., | |
| Defendant. | |

## O R D E R

Presently before the Court is Plaintiff's unopposed motion for stay. (Doc. No. 5.) Upon due consideration, the motion (doc. no. 5) is **GRANTED**. All proceedings in this matter are hereby **STAYED** for **sixty (60) days** from the date of the entry of this Order. Any deadlines falling within the duration of this stay, including Defendant's response to Plaintiff's complaint, are hereby tolled during the pendency of this stay. Notwithstanding the foregoing, either party may apply to this Court before the end of sixty (60) days to lift the stay imposed hereby.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE